UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. AVELLO, | ) |
|    Plaintiff, | ) Case No. 2:13-cv-00504-JAD-GWF |
| vs. | ) **ORDER** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) Motion to Extend Time (#28) |
|    Defendant. | ) |

This matter comes before the Court on Plaintiff's Motion to Extend Time (#28), filed on November 8, 2013. Plaintiff represents that there is no opposition to this Motion. Because Plaintiff establishes good cause for a 31-day extension of the deadline to file his motion to remand,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#28) is **granted** as follows:

(1) Last date to file motion for reversal/remand: **December 9, 2013**;

(2) Las date to file cross-motion to affirm: **January 8, 2014**;

(3) Las date to file reply: **January 28, 2014**.

DATED this 12th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge