# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. AVELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  2:13-cv-00504-JAD-GWF<br><br>**ORDER**<br><br>Motion to Extend Time (#28) |

    This matter comes before the Court on Plaintiff's Motion to Extend Time (#28), filed on November 8, 2013.  Plaintiff represents that there is no opposition to this Motion.  Because Plaintiff establishes good cause for a 31-day extension of the deadline to file his motion to remand,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#28) is **granted** as follows:

    (1) Last date to file motion for reversal/remand: **December 9, 2013**;

    (2) Las date to file cross-motion to affirm: **January 8, 2014**;

    (3) Las date to file reply: **January 28, 2014**.

    DATED this 12th day of November, 2013.

    _____
    GEORGE FOLEY, JR.
    United States Magistrate Judge