DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@*usdoj.gov*

Attorneys for the Defendant.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM E. AVELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-00504-JAD-GWF<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**<br>**(FIRST REQUEST)** |

    DEFENDANT CAROLYN W. COLVIN, Acting Commissioner of Social Security (Defendant) hereby moves this Honorable Court to grant her unopposed motion for a 60-day extension of time to file her response and/or cross-motion to Plaintiff William E. Avello's motion for reversal or remand.  This is the first extension of time requested by Defendant.  Defendant requires this extension of time because the volume of cases assigned to the Social Security Administration Office of General Counsel Assistant Regional Counsel responsible for this case is such that she will not be able to complete the brief in a timely fashion.  Defendant will transfer this case to another attorney in the Social Security Administration's Office of General Counsel.  However, the new attorney will need additional time to

adequately assess and address the arguments that Plaintiff has raised in his motion for summary judgment.

The current due date for Defendant's response/cross-motion is January 8, 2014. If this unopposed motion is granted, the new due date will be March 10, 2014.

The parties have further agreed that the Court's Scheduling Order shall be modified accordingly.

Dated: January 7, 2014.

                                       Respectfully submitted,

                                       DANIEL G. BOGDEN
                                       United States Attorney

                                       */s/ Blaine T. Welsh*
                                       BLAINE T. WELSH
                                       Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

SHARON LAHEY
Assistant Regional Counsel
Social Security Administration, Region IX

                                       **IT IS SO ORDERED:**

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

                                       Dated:__ January 8, 2014

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Heather Freeman
55 W. Monroe St., Suite 2440
Chicago IL, 60603
Email: hfreeman@ddbchicago.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
Email: haltaylorlawyer@gbis.com

Dated this 7th day of January 2014.

                                              */s/ Blaine T. Welsh*
                                              BLAINE T. WELSH
                                              Assistant United States Attorney