DANIEL G. BOGDEN
United States Attorney
District of Nevada

CAROLYN CHEN
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone (415) 977-8956
Facsimile (415) 744-0134
Email: carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. AVELLO, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 2:13-cv-00504-JAD-GWF <br><br> **DEFENDANT'S AMENDED SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** |

DEFENDANT CAROLYN W. COLVIN, Acting Commissioner Of Social Security (Defendant) hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to file her response and/or cross-motion to Plaintiff William E. Avello's motion for reversal or remand. This is the second extension of time requested by Defendant. Defense counsel requires this extension of time so that she may continue to work with her client concerning the possibility of settlement. The current due date is March 10, 2014. The new due date will be April 9, 2014.

///

///

///

AMENDED MOT. FOR EXTENSION & PROPOSED ORDER          (CASE NO. 2:13-cv-00504-JAD-GWF)

1

The parties have further agreed that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 7, 2014

DANIEL G. BOGDEN
United States Attorney

By: ____*/s/ Carolyn Chen*_____
CAROLYN CHEN
Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

SHARON LAHEY
Assistant Regional Counsel
Social Security Administration, Region IX

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2014

_____
HON. GEORGE FOLEY, JR.
UNITED STATE MAGISTRATE JUDGE

AMENDED MOT. FOR EXTENSION & PROPOSED ORDER            (CASE NO. 2:13-cv-00504-JAD-GWF)

2