UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM E. AVELLO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No.: 2:13-cv-00504-RFB-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE W. FOLEY** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 51) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered September 16, 2014.

　　　　Pursuant to Local Rule IB 3-2(a), objections were due by October 3, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that (ECF No. 32) Plaintiff's Motion to Reverse or Remand the Commissioner's Decision Pursuant to Sentence Four; Plaintiff's (ECF No. 34) Second Motion to Reverse or Remand the Commissioners Decision Pursuant to Sentence Six; and the Commissioner's (ECF No. 44) Motion for Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) be **Granted in Part and Denied in Part**, and that this case be remanded to the Social Security Administration for further determination of when Plaintiff became disabled within the meaning of the Social Security Act. Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

. . .

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 51) is **ACCEPTED and ADOPTED in full.** (ECF No. 32) Plaintiff's Motion to Reverse or Remand the Commissioner's Decision Pursuant to Sentence Four; Plaintiff's (ECF No. 34) Second Motion to Reverse or Remand the Commissioners Decision Pursuant to Sentence Six; and the Commissioner's (ECF No. 44) Motion for Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) be **Granted in Part and Denied in Part**, and that this case be remanded to the Social Security Administration for further determination of when Plaintiff became disabled within the meaning of the Social Security Act.

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 31st day of October, 2014.

_____
RICHARD F. BOULWARE II
United States District Court Judge