# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

William E. Avello

Plaintiff,

V.

Carolyn W. Colvin

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00504-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff William E. Avello is awarded attorney's fees and costs in the amount set forth in the Stipulation for the Award and Payment of Attorney Fees and Expenses (document #57).

March 3, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk